UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE GODFREY MEMORIAL LIBRARY, INCORPORATED,<br><br>　　Plaintiff,<br><br>v.<br><br>OCLC ONLINE COMPUTER LIBRARY CENTER, INC.,<br><br>　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>LYRASIS, INC.,<br><br>　　Third-Party Defendant. | Case No: 3:12-cv-00526 (JCH)<br><br><br><br><br><br><br><br><br><br>November 30, 2012 |

## SECOND JOINT STATUS REPORT

1.　　Defendant OCLC Online Computer Library Center, Inc. ("OCLC") served its First Set of Interrogatories and Requests for Production on plaintiff Godfrey Memorial Library, Inc. ("Godfrey") on June 28, 2012 and Godfrey has filed its responses.

2.　　Plaintiff Godfrey served its First Set of Interrogatories and Requests for Production on OCLC on July 3, 2012. An initial set of documents has been produced and the current deadline for a second production of documents is December 3, 2012.

3.　　Counsel for Godfrey and OCLC have discussed e-discovery, and have agreed to a preliminary plan that will address search terms, custodians, e-discovery production, collection, and preservation. Because OCLC is in the business of hosting, maintaining, collecting, and distributing library collections, from academic, museum, and private/public

1

libraries across the United States, OCLC maintains a significant amount of electronic data, which has necessitated early and positive discussions amongst counsel concerning e-discovery.

4. Neither the plaintiff nor the defendant is currently contemplating filing any amendments to the pleadings.

5. Third party defendant, LYRASIS accepted service of process of OCLC's third party complaint. OCLC filed this waiver. ECF Doc. # 27.

6. LYRASIS filed and served its answer and affirmative defenses to OCLC's third-party complaint on September 20, 2012. ECF Doc. # 37.

7. OCLC served its First Set of Interrogatories and Requests for Production and its First Set of Requests for Admissions on LYRASIS on November 12, 2012.

8. LYRASIS is in the process of investigating OCLC's First Set of Interrogatories and Requests for Production and its First Set of Requests for Admissions directed to LYRASIS, but is likely to need additional time to serve complete its investigation and serve verified responses. As a result, LYRASIS may be respectfully asking the Court for an extension of time in this regard.

9. LYRASIS served its First Set of Interrogatories and Requests for Production on OCLC on November 29, 2012. LYRASIS may be respectfully asking the Court for some additional time to serve some additional written discovery after review of discovery and documents served by other parties.

10. An Order referring the case to Magistrate Holly B. Fitzsimmons for a Settlement Conference entered at the request of the parties on November 26, 2012. The Conference is scheduled for February 11, 2013. The parties intend to ask that all further discovery be stayed until the Settlement Conference is held and concluded.

THE PLAINTIFF,
THE GODFREY MEMORIAL LIBRARY,
INCORPORATED

BY:   s/Robert W. Lynch
     Robert W. Lynch, Esq., ct00412
     Lynch, Traub, Keefe & Errante, PC
     52 Trumbull St., P.O. Box 1612
     New Haven, CT 06506-1612
     203-787-0275; 203-782-0278 (fax)
     rwlynch@ltke.com


DEFENDANT,
OCLC ONLINE COMPUTER LIBRARY
CENTER, INC.

By:   s/Matthew C. Brown
     Robert M. Langer (ct06305)
     WIGGIN AND DANA LLP
     One CityPlace, 34th Floor
     185 Asylum Street
     Hartford, CT 06103
     (860) 297-3724
     (860) 525-9380 fax
     rlanger@wiggin.com

     Matthew C. Brown (ct28331)
     WIGGIN AND DANA LLP
     One Century Tower
     P.O. Box 1832
     New Haven, CT 06508-1832
     (203) 498-4400
     (203) 782-2889 fax
     mbrown@wiggin.com

     *Its Attorneys*

THIRD-PARTY DEFENDANT,
LYRASIS

By:    s/Albert L. Piccerilli
       Albert L. Piccerilli (phv05770)
       MontgomeryMcCrackenWalker & Rhoads LLP
       123 S. Broad St.
       Avenue of the Arts
       Philadelphia, PA 19109
       215-772-7590 (direct dial)
       215-731-3905 (direct fax)
       apiccerilli@mmwr.com

Phyllis H. Weisberg
MontgomeryMcCrackenWalker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
212-867-9500
212-599-1759
pweisberg@mmwr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Robert W. Lynch